| | |
|---|---|
| 1 | PATRICK T. CONNOR, Bar No. 089136 |
| | Email Address: pconnor@deconsel.com |
| 2 | MARGARET R. GIFFORD, Bar No. 118222 |
| | Email Address: mgifford@deconsel.com |
| 3 | members of |
| | DeCARLO & CONNOR & SHANLEY, |
| 4 | a Professional Corporation |
| | 533 S. Fremont Avenue, Ninth Floor |
| 5 | Los Angeles, California  90071-1706 |
| | Telephone (213) 488-4100 |
| 6 | Telecopier (213) 488-4180 |
| 7 | ATTORNEYS FOR PLAINTIFFS, SOUTHERN |
| | CALIFORNIA LUMBER INDUSTRY RETIREMENT |
| 8 | FUND, SOUTHERN CALIFORNIA LUMBER |
| | INDUSTRY WELFARE FUND and BOARD OF TRUSTEES |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND; SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND and BOARD OF TRUSTEES FOR THE SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND and SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND, | CASE NO. CV 08-1187 VBF(SHx) |
| | REVISED JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT |
| Plaintiffs, | Before The Honorable Valerie Baker Fairbank |
| v. | |
| ASPEN INTERIORS, INC., a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Stipulation for Entry of Judgment and having considered the papers and arguments submitted, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiffs, SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND, SOUTHERN CALIFORNIA

LUMBER INDUSTRY WELFARE FUND and BOARD OF TRUSTEES, shall have judgment against ASPEN INTERIORS, INC., a California corporation, ("DEFENDANT") as follows:

<u>AS TO SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND, SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND and BOARD OF TRUSTEES' FIRST CLAIM FOR RELIEF:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $27,882.40 |
| 2. | Liquidated damages | 60,472.14 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (10 percent per annum) pursuant to the Trust Agreements from the due date to audit date | 755.19 |
| 4. | Audit Fees | 600.00 |
| 5. | Interest from due dates to August 31, 2009 (accruing at $7.74 per day) | 2,916.64 |
| 6. | Attorneys' fees | 5,188.39 |
| GRAND TOTAL | | $97,814.76 |

7. Plus costs to be determined after entry of judgment.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of <u>.45</u> % per annum.

<u>AS TO SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND, SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND and BOARD OF TRUSTEES' SECOND CLAIM FOR RELIEF:</u>

1. For issuance of a permanent injunction restraining and enjoining DEFENDANT, for so long as it remains bound to make any payments or contributions to the FUNDS, from failing to deliver or cause to be delivered to SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND, SOUTHERN CALIFORNIA LUMBER INDUSTRY WELFARE FUND and BOARD OF TRUSTEES, the following:

1          a.     Complete, truthful and accurate Employers Monthly Reports to Trustees for the period November 2008 to April 2009,

         b.     All post judgment Employer Monthly Report to Trustees covering all employees of DEFENDANT, employed during the previous month under DEFENDANT's Labor Agreement with the Store Fixture and Architectural Woodwork Institute and Cabinet Makers, Millmen and Industrial Carpenters Local 721 affiliated with the United Brotherhood of Carpenters and Joiners of America, ,

         c.     A declaration from a responsible employee of DEFENDANT attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

         d.     Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

DATED: August 31, 2009        _/s/ Valerie Baker Fairbank_
THE HONORABLE
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

DeCARLO, CONNOR & SHANLEY
A Professional corporation

BY: /s/ Margaret R. Gifford    7/30/2009
       MARGARET R. GIFFORD
       Attorney for Plaintiffs,
       Southern California Lumber Industry
       Retirement Fund, Southern California
       Lumber Industry Welfare Fund and
       Board of Trustees